UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AVRAM GOTTLIEB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-cv-1387-DFH-TAB |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

FINAL JUDGMENT

By separate entry today, the court has granted the defendant's motion for summary judgment. IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that plaintiff Avram Gottlieb take nothing by his complaint against defendant United States of America, and that this action is hereby DISMISSED WITH PREJUDICE.

Date: May 12, 2008

DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

-2-

Copies to:

Brian E. Appel
LAW OFFICE OF BRIAN E. APPEL
appelesq@comcast.net

Theresa  Blanco
EATON AND MCCLELLAN
230 South Broad Street
Suite 304
Philadelphia, PA 19102

Jeffrey L. Hunter
UNITED STATES ATTORNEY'S OFFICE
jeff.hunter@usdoj.gov

Jeffrey Ryan Kooi
KOOI LAW FIRM LLC
jkooi@indyfirm.com

Pamela R. Perron
OFFICE OF THE U.S. ATTORNEY
970 Broad Street
Suite 700
Newark, NJ 07102